**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE:<br><br>RUSTY W. MCMURRAY,<br><br>SSN: XXX-XX-8713<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Bankruptcy Case No. 24-10777<br><br>(Chapter 13) |
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS, LLC<br><br>Plaintiff.<br><br>v.<br><br>RUSTY W. MCMURRAY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary Proceeding No. 24-01023-M |

**PLAINTIFF'S CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

Plaintiff Kapitus Servicing, Inc., as servicing agent for Kapitus LLC, a

☐ Corporate Debtor;

☒ Party to an adversary proceeding;

☐ Party to a contested matter;

☐ Member of committee of creditors makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

Strategic Funding Source, Inc., d/b/a Kapitus owns 100% of the issued and outstanding shares of Kapitus' equity interests.

Dated: September 16, 2024

**KAPITUS SERVICING, INC.**

By: */s/ Holly S. Falkowitz*________
Name: Holly S. Falkowitz
Title: Senior Vice President and
Deputy General Counsel

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*/s/ John T. Richer*________________________
John T. Richer, OBA No. 19554
Christopher J. Gnaedig, OBA No. 33892
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: jricher@hallestill.com
Email: cgnaedig@hallestill.com

and

**LALLY LEGAL GROUP LLC**

*/s/ Elizabeth Lally*________________________
Elizabeth Lally (*pro hac vice* to be filed)
Illinois Bar No. 6286664
Indiana Bar No. 28278-49
Iowa Bar No. AT0013010
Nebraska Bar No. 26428
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
E-mail: elally@lally-legal.com

20538387.1:999999.09415